**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION AT LEXINGTON**

*Electronically Filed*

FEIT ELECTRIC COMPANY, INC.,

     *Plaintiff*,

v.

LEDVANCE, LLC,

     *Defendant*.

Civil Action No 5:24-CV-00031-DCR

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF**
**<u>DEFENDANT LEDVANCE, LLC</u>**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Ledvance, LLC, for its Corporate Disclosure Statement, states as follows:

(1)    Ledvance LLC is a wholly owned subsidiary of Ledvance Holdings, LLC.

(2)    Ledvance Holdings, LLC is wholly owned by Ledvance GmbH, which is a subsidiary of MLS Co., Ltd, a publicly held company.

(3)    Ledvance LLC is unaware of any publicly held company owning 10% or more of its stock.

Respectfully submitted,

/s/ *Carrie M. Mattingly*
Cory J. Skolnick
Carrie M. Mattingly
FROST BROWN TODD LLP
400 West Market Street, Suite 3200
Louisville, Kentucky 40202
T: (502) 589-5400
F: (502) 581-1087
cskolnick@fbtlaw.com
cmattingly@fbtlaw.com
*Counsel for Defendant Ledvance, LLC*

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2024, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ *Carrie M. Mattingly*
*Counsel for Defendant Ledvance, LLC*

0134061.0783752   4878-1134-3543